```
         UNITED STATES DISTRICT COURT FOR THE
               DISTRICT OF NEW HAMPSHIRE
```

Kenneth H. Hart

       v.                              Civil No. 10-cv-428-JL

NH State Prison

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendations of Magistrate Judge Landya B. McCafferty dated October 7 and November 15, 2010.

The court further declines to issue a certificate of appealability.  The petitioner has not shown that reasonable jurists could debate whether the petition should have been resolved in a different manner, that the issues presented were adequate to deserve encouragement to proceed further, or otherwise made a substantial showing of the denial of a constitutional right.  See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 483-84 (2000).

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  January 3, 2011

cc:  Kenneth H. Hart, pro se