**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

<u>Kenneth H. Hart</u>

   v.                                                  Civil No. 10-cv-428-JL

<u>New Hampshire State Prison</u>

**<u>O R D E R</u>**

Before the Court are three motions filed pro se by petitioner, Kenneth H. Hart, in this petition for writ of habeas corpus: a Motion for Court Hearing (doc. no. 10), a Motion for Requests to Preserve and Protect Pro Se Legal Paperwork (doc. no. 12), and a Motion for the Magistrate Judge to Interpret the Law (doc no. 14).[1] After Hart filed these motions, the Court (Laplante, J.), on January 3, 2011 (doc no. 15), dismissed the underlying petition. Accordingly, the motions (doc. nos. 10, 12, and 14) are denied as moot, with respect to the claims asserted in this case.

Two of the motions, the Motion for Court Hearing (doc. no. 10) and the Motion for the Magistrate Judge to Interpret the Law (doc. no. 14), appear to relate to the complaint in a new civil action, <u>Hart v. New Hampshire State Prison</u>, Civ. No. 11-cv-002,

---

[1]On December 29, 2010, this Court received a "Notice of Correction" from Hart (doc. no. 16), purporting to correct a "Notice to the Court" Hart claims to have mailed on December 22, 2010. The Court has not received the "Notice to the Court" that Hart claims to have mailed on December 22.

which the Clerk opened at this Court's direction. See Report and Recommendation (doc. no. 9) (directing Clerk to redocket Hart's motion for injunctive relief (doc. no. 7) as new civil rights complaint). Accordingly, I direct the Clerk's Office to redocket those two documents (doc. nos. 10 and 14) as addenda to the complaint in that civil case, No. 11-cv-002.

**SO ORDERED.**

_____
Landya B. McCafferty
United States Magistrate Judge

Date: January 6, 2011

cc: Kenneth H. Hart, pro se